Opinion issued March 27, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00287-CV

____________


JULIA D. HINES, Appellant


V.


JUAN PADILLA, JUANA PADILLA, AND ELY PADILLA, Appellees






On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 2000-41197






MEMORANDUM OPINION

 On February 14, 2003, we ordered that unless, within 30 days of the date of the
order, appellant filed her brief and a reasonable explanation for failure to timely file
her brief, this Court would dismiss his appeal for want of prosecution. The 30 days
have expired and appellant has not responded.

 Accordingly, the appeal is dismissed for want of prosecution. See Tex. R.
App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala. 

Do not publish.